IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>Alpha Latam Management, LLC, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 21-11109 (JKS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 645, 652, 793 & 812** |

**NOTICE OF (I) OCCURRENCE OF PLAN EFFECTIVE DATE
AND (II) CERTAIN RELATED BAR DATES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 7, 2022, the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") filed the *Second Amended Chapter 11 Plan of Alpha Latam Management, LLC and Its Debtor Affiliates* [Docket No. 604] (the "**Plan**").

2. A hearing (the "**Confirmation Hearing**") to consider confirmation of the Plan was held by the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") on March 11 and 14, 2022.

3. At the Confirmation Hearing, the Bankruptcy Court confirmed the Plan, subject to, among other things, the filing of a revised Plan incorporating certain revisions consistent with the record of the Confirmation Hearing. On March 15, 2022, the Debtors filed the *Third Amended Chapter 11 Plan of Alpha Latam Management, LLC and Its Debtor Affiliates* [Docket No. 645] (the "**Third Amended Plan**"). On March 16, 2022, the Bankruptcy Court entered the *Order (I) Confirming the Third Amended Chapter 11 Plan of Alpha Latam Management, LLC and Its Debtor Affiliates, and (II) Granting Related Relief* [Docket No. 652] (the "**Confirmation Order**").

4. On May 18, 2022, the Debtors filed a motion [Docket No. 793] (the "**Modification Motion**") seeking entry of an order that, among other things, approved certain non-material modifications to the Third Amended Plan, as reflected in the *Fourth Amended Chapter 11 Plan of Alpha Latam Management, LLC and its Debtor Affiliates* [Docket No. 793, Ex. 1 to Ex. A] (together with all schedules and exhibits thereto, and as may be modified, amended, or

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification number in their applicable jurisdiction of incorporation, are as follows: Alpha Latam Management, LLC (4610); Acsa Atento S.A.S. (766-6); Alpha Capital S.A.S. (717-5); AlphaCredit Latam S.A.S. (326-5); AlphaCredit Sudamérica, S. de R.L. (72 87); AlphaDebit, S.A. de C.V. (3FI4); and Vive Créditos Kusida S.A.S. (013-4). Alpha Latam Management, LLC's registered address is 1209 N Orange Street, Wilmington, DE 19801. The main address of the other Debtors is Carrera 14 No. 94 – 81, Bogotá, Colombia.

supplemented from time to time, the "**Fourth Amended Plan**").[2] On May 25, 2022, the Bankruptcy Court entered an order [Docket No. 812] (the "**Plan Modification Order**") granting the relief requested by the Modification Motion. Pursuant to the Plan Modification Order, the Confirmation Order was made applicable to the Fourth Amended Plan.

5. The Effective Date of the Fourth Amended Plan occurred on **September 9, 2022**.

6. Pursuant to Article II.A.1 of the Fourth Amended Plan, the Administrative Bar Date is **October 11, 2022**. Except as otherwise provided in the Final DIP Order, the General Bar Date Order, or the Fourth Amended Plan, holders of Administrative Claims, other than (i) Professional Fee Claims, (ii) DIP Claims, or (iii) Administrative Claims that have been Allowed on or before the Effective Date, must file with the Bankruptcy Court and serve on the Debtors and the Office of the United States Trustee, notice of such Administrative Claim within thirty (30) days following the Effective Date. Such notice must include, at a minimum, (i) the name of the holder of the Claim, (ii) the amount of the Claim, and (iii) the basis of the Claim. **FAILURE TO FILE AND SERVE SUCH NOTICE TIMELY AND PROPERLY SHALL RESULT IN THE ADMINISTRATIVE CLAIM BEING FOREVER BARRED AND DISCHARGED. IF FOR ANY REASON ANY SUCH UNTIMELY OR IMPROPERLY FILED ADMINISTRATIVE CLAIM IS INCAPABLE OF BEING FOREVER BARRED AND DISCHARGED, THEN THE HOLDER OF SUCH CLAIM SHALL IN NO EVENT HAVE RECOURSE TO ANY PROPERTY TO BE DISTRIBUTED PURSUANT TO THE FOURTH AMENDED PLAN**.

7. Pursuant to Article II.A.2 of the Fourth Amended Plan, an Administrative Claim (i) with respect to which, in the case of Administrative Claims that must be filed and noticed pursuant to Article II.A.1 of the Fourth Amended Plan, notice has been timely and properly filed and served pursuant to Article II.A.1 of the Fourth Amended Plan, or (ii) with respect to which, in the case of Claims under section 503(b)(9) of the Bankruptcy Code, a valid Proof of Claim has been filed prior to the General Bar Date, shall become an Allowed Administrative Claim if no objection is filed within thirty (30) days after the later of (i) the Effective Date, (ii) the date of service of the applicable notice of Administrative Claim, or (iii) such later date as may be (A) agreed to by the holder of such Administrative Claim or (B) approved by the Bankruptcy Court on motion of a party in interest, without notice or a hearing. If an objection is filed within such 30-day period (or any extension thereof), the Administrative Claim shall become an Allowed Administrative Claim only to the extent allowed by a Final Order.

8. Pursuant to Article II.B.2 of the Fourth Amended Plan, the deadline for Professionals to file final applications for Professional Fee Claims incurred through the Effective Date is **October 24, 2022**.

9. The Fourth Amended Plan, Confirmation Order and any other document filed in the Debtors' Chapter 11 Cases may be obtained, free of charge, in electronic format through the Debtors' restructuring website at *https://cases.ra.kroll.com/alphalatam*.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Fourth Amended Plan or the Confirmation Order (as defined herein), as applicable.

RLF1 27892871v.2

Dated: September 9, 2022

*/s/ J. Zachary Noble*

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
| Mark D. Collins (No. 2981) | John K. Cunningham (admitted *pro hac vice*) |
| John H. Knight (No. 3848) | Richard S. Kebrdle (admitted *pro hac vice*) |
| Brendan J. Schlauch (No. 6115) | Amanda A. Parra Criste (admitted *pro hac vice*) |
| J. Zachary Noble (No. 6689) | 200 South Biscayne Boulevard, Suite 4900 |
| One Rodney Square | Miami, FL 33131 |
| 920 N. King Street | Telephone:   (305) 371-2700 |
| Wilmington, DE 19801 | jcunningham@whitecase.com |
| Telephone:   (302) 651-7700 | rkebrdle@whitecase.com |
| Facsimile:   (302) 651-7701 | aparracriste@whitecase.com |
| collins@rlf.com | |
| knight@rlf.com | Philip M. Abelson (admitted *pro hac vice*) |
| schlauch@rlf.com | John J. Ramirez (admitted *pro hac vice*) |
| noble@rlf.com | Brett L. Bakemeyer (admitted *pro hac vice*) |
| | 1221 Avenue of the Americas |
| —and— | New York, NY 10020 |
| | Telephone:   (212) 819-8200 |
| | philip.abelson@whitecase.com |
| | john.ramirez@whitecase.com |
| | brett.bakemeyer@whitecase.com |
| | |
| | *Co-Counsel to Debtors and Debtors in Possession* |