## **CERTIFICATE OF SERVICE**

I, Richard W. Riley, do hereby certify that on December 5, 2023, I caused a copy of the foregoing *Post-Confirmation Report for the Quarter Ending June 30, 2023* to be served on the party listed below by electronic mail.

Linda Richenderfer, Esq.
Office of the United States Trustee
844 King Street, Room 2207
Lockbox 35
Wilmington, Delaware 19801
Email: linda.richenderfer@usdoj.gov

                                              */s/ Richard W. Riley*
                                              Richard W. Riley (No. 4052)