# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   DELAWARE

_____

In re:  ALPHA LATAM MANAGEMENT, LLC          §          Case No.   21-11109 _____
                                                                                  §
                                                                                  §          Lead Case No.   21-11109 _____
_____ §
                          Debtor(s)                                    §

# Post-confirmation Report                                                    Chapter 11

Quarter Ending Date: 09/30/2023 _____          Petition Date: 08/01/2021 _____

Plan Confirmed Date: 03/16/2022 _____          Plan Effective Date: 09/09/2022 _____

This Post-confirmation Report relates to:  ⊙ Reorganized Debtor

                                                              ○ Other Authorized Party or Entity: _____

                                                                          Name of Authorized Party or Entity

/s/ Richard W. Riley _____          Richard W. Riley _____
Signature of Responsible Party                                  Printed Name of Responsible Party

12/05/2023 _____
Date

                                                                          600 North King Street, Suite 300
                                                                          Wilmington, Delaware 19801 _____
                                                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                     Case No.  21-11109

## Part 1: Summary of Post-confirmation Transfers

|  | Current  Quarter | Total Since Effective  Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                    Case No.  21-11109

| | | | | | | |
|---|---|---|---|---|---|---|
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |

UST Form 11-PCR (12/01/2021)                3

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                   Case No.  21-11109

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor          *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |

UST Form 11-PCR (12/01/2021)                                   4

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                        Case No.  21-11109

| | | | | | | |
|---|---|---|---|---|---|---|
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |
| | xxxvii | | | | | |
| | xxxvii | | | | | |
| | xxxix | | | | | |
| | xl | | | | | |
| | xli | | | | | |
| | xlii | | | | | |
| | xliii | | | | | |
| | xliv | | | | | |
| | xlv | | | | | |
| | xlvi | | | | | |
| | xlvii | | | | | |
| | xlviii | | | | | |

UST Form 11-PCR (12/01/2021)                               5

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                    Case No.  21-11109

| | | | | | | |
|---|---|---|---|---|---|---|
| | xlix | | | | | |
| | l | | | | | |
| | li | | | | | |
| | lii | | | | | |
| | liii | | | | | |
| | liv | | | | | |
| | lv | | | | | |
| | lvi | | | | | |
| | lvii | | | | | |
| | lviii | | | | | |
| | lix | | | | | |
| | lx | | | | | |
| | lxi | | | | | |
| | lxii | | | | | |
| | lxiii | | | | | |
| | lxiv | | | | | |
| | lxv | | | | | |
| | lxvi | | | | | |
| | lxvii | | | | | |
| | lxviii | | | | | |
| | lxix | | | | | |
| | lxx | | | | | |
| | lxxi | | | | | |
| | lxxii | | | | | |
| | lxxiii | | | | | |
| | lxxiv | | | | | |
| | lxxv | | | | | |
| | lxxvi | | | | | |
| | lxxvii | | | | | |
| | lxxviii | | | | | |
| | lxxix | | | | | |
| | lxxx | | | | | |
| | lxxxi | | | | | |
| | lxxxii | | | | | |
| | lxxxiii | | | | | |
| | lxxxiv | | | | | |
| | lxxxv | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxvi | | | | | |
| | lxxxix | | | | | |
| | xc | | | | | |

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                     Case No. 21-11109

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                     Yes ◯  No ◉

  If yes, give date Final Decree was entered: _____

  If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ◯

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                      Case No.  21-11109

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/ rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<ins>I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.</ins>**

/s/ Marc S. Kirschner                                           Marc S. Kirschner

Signature of Responsible Party                                  Printed Name of Responsible Party

Trustee of The Alpha Capital Liquidating Trust                  12/05/2023

Title                                                           Date

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                    Case No.  21-11109


Page 1


Other Page 1


Page 2 Minus Tables


Bankruptcy Table 1-50

Debtor's Name ALPHA LATAM MANAGEMENT, LLC                                        Case No.  21-11109



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

In re: Alpha Latam Management, LLC, Case No. 21-11109 (JKS) and
AlphaCredit Latam S.A.S., Case No. 21-11110 (JKS)
Reporting Period: July 1, 2023 – September 30, 2023

**Notes to UST Form 11-PCR**

**Notes to UST Form 11-PCR, Part 1:** Summary of Post-Confirmation Transfers: Based on guidance received from the U.S. Trustee in connection with previous Delaware cases, the completion of UST Form 11-PCR Part 1, reported cash receipts and disbursements exclude intercompany, debtor-to-debtor, transactions. Note however that cash activity between Debtors and the non-debtor Mexican Affiliates is included here as receipts and disbursements.

**Notes to UST Form 11-PCR, Part 2:** Preconfirmation Professional Fees and Expenses: Figures presented in this section are pre-effective date fees and expenses.

**Notes to UST Form 11-PCR, Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan:** General unsecured claims included in this PCR are those reported in "Article III: Classification and Treatment of Claims and Equity Interests" of the Fourth Amended Chapter 11 Plan of Alpha Latam Management, LLC and Its Debtor Affiliates (the "Plan") as claims that fall in unsecured claim classes (i.e., 4a-4c) and the intercompany claims class (i.e., 5).

Administrative claims include accrued but unpaid expenses until the Effective Date for local vendors in Colombia.

The Liquidating Trustee is not able to anticipate or determine at this time total payments that may be made under the Plan nor the total Claims and Equity Interests that may be Allowed under the Plan. Therefore, "$0" or "0%" has been entered in certain lines of Part 3 of the PCR where such information is unknown, not yet determined, or otherwise not applicable, including instances where the Plan does not provide for or contemplate recoveries to certain Classes of Claims or Interests, and other dollar amounts reported on Part 3 of the PCR are estimates that may be subject to later revision. All estimated Allowed class 4a-4c claims are reported on the prior PCRs of Alpha Capital S.A.S.

**Notes to UST Form 11-PCR, Part 4: Questionnaire:** On March 28, 2023, the Bankruptcy Court entered the Order (I) Closing Certain Cases of the Debtors and (II) Granting Related Relief [Docket No. 1059] (the "Case Closing Order"). Pursuant to paragraph 2 of the Case Closing Order, the Chapter 11 Cases of AlphaCredit Sudamérica, S. de R.L. (Case No. 21-11111 (JKS)), Acsa Atento S.A.S. (Case No. 21-11112 (JKS)), Vive Créditos Kusida S.A.S. (Case No. 21-11113 (JKS)), AlphaDebit, S.A. de C.V. (Case No. 21-11114 (JKS)), and Alpha Capital S.A.S. (Case No. 21-11115 (JKS)) were closed effective as of March 31, 2023. The Chapter 11 Cases of Alpha Latam Management, LLC (Case No. 21-11109 (JKS)) and AlphaCredit Latam S.A.S. (Case No. 21-11110 (JKS)) remain open pending further order of the Bankruptcy Court.